Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA ERIKA MCGARRAH, | CASE NO. 2:12-cv-02296-AC |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of April 10, 2013, by twenty-one days, to the new response date of May 1, 2013.

DATED: April 8, 2013

                                                BENJAMIN B. WAGNER
                                                United States Attorney
                                                GRACE M. KIM
                                                Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                             */s/ Elizabeth Firer*
ANN M. CERNEY                                  ELIZABETH FIRER,
Attorney for Plaintiff                              (As authorized via E-mail on 4/4/13)
                                                   Special Assistant U S Attorney
                                                   Attorneys for Defendant

Ann M. Cerney, SBN: 068748
Attorney at Law
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| DEBRA ERICKA MCGARRAH, | CASE NO. 2:12-cv-02296-AC |
| Plaintiff, | **[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before May 1, 2013.

SO ORDERED.

DATED: April 9, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE